UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>G.D.C. STATEWIDE ALL PERSONEL and )<br>U.S. GOVERNMENT, )<br>)<br>Defendants. ) | CV621-023 |

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) of April, 9 2021, recommending denial of plaintiff's motions for *in forma pauperis* status and injunctive relief and dismissal of the case. Doc. 11. Plaintiff has filed objections to the R&R. Doc. 12. The objections are **OVERRULED**. Accordingly, the R&R is **ADOPTED** and the case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of June, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA